# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JENNINGS, | ) 1:10cv0928 AWI DLB |
| | ) |
| | ) |
| | ) ORDER GRANTING APPLICATION TO |
| Plaintiff, | ) PROCEED IN FORMA PAUPERIS |
| | ) |
| v. | ) (Document 2) |
| | ) |
| COUNTY OF FRESNO, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

    Plaintiff Brian Jennings ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on May 24, 2010, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees and is therefore GRANTED.

    IT IS SO ORDERED.

    Dated:   **May 27, 2010**           **/s/ Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE